84 A.3d 699

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Randal R. RUSHING, Respondent.**

Supreme Court of Pennsylvania.

Jan. 28, 2014.

### *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of January, 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED** TO the issue set forth below. Allocatur is **DENIED** as to the remaining issue. The issue is:

Whether the Superior Court erred in finding that the victims were not confined in a "place of isolation" to warrant the kidnapping convictions and the second degree murder convictions for which the underlying felony was kidnapping.